AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

ZHAOER LI,

    Plaintiff

v.

VIVANT SOLAR, DAVID BYWATER and DANA RUSSELL,

    Defendants

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:21-CV-171 TS

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed without prejudice.

August 19, 2021

*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge